74 So.2d 505

**Florence D. LOBMAN**

v.

**Hugh SAWYER.**

**3 Div. 705.**

Supreme Court of Alabama.

Aug. 30, 1954.

Knabe & Nachman, Montgomery, for petitioner.

H. T. Fitzpatrick, Jr., Montgomery, opposed.

LIVINGSTON, Chief Justice.

Petition of Florence D. Lobman, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Lobman v. Sawyer, 37 Ala. App. 582, 74 So.2d 502.

Writ denied.

SIMPSON, GOODWYN and CLAY-TON, JJ., concur.

2

75 So.2d 683

**Earl MATTISON**

v.

**STATE.**

**7 Div. 260.**

Supreme Court of Alabama.

Nov. 11, 1954.

Roy D. McCord and Rowan S. Bone, Gadsden, for petitioner.

Si Garrett, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Earl Mattison for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Mattison v. State, 37 Ala.App. 678, 75 So.2d 682.

Writ denied.

LIVINGSTON, C. J., and LAWSON and CLAYTON, JJ., concur.

75 So.2d 85

**Giles SANFORD**

v.

**STATE.**

**6 Div. 761.**

Supreme Court of Alabama.

Oct. 7, 1954.

Si Garrett, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for the petition.

Tweedy & Beach, Jasper, opposed.

MERRILL, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals, to review and revise the judgment and decision of that Court in Sanford v. State, 37 Ala.App. 603, 75 So.2d 109.

Writ denied.

All the Justices concur.